## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an atto~~rney must~~ ~~member in good~~
standing of this Court's general bar or be granted l~~eave~~ ~~...~~
by Local Rules 83.12 through 83.14.

08CV1367
JUDGE CASTILLO
MAGISTRATE JUDGE COLE

In the Matter of

SHIRE LABORATORIES INC. v. COREPHARMA LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MOVAN, SHIRE LABORATORIES, INC.

# FILED

MAR 0-7 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Dean A. Monco | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Dean A. Monco | |
| FIRM<br>Wood Phillips Katz Clark & Mortimer | |
| STREET ADDRESS<br>500 West Madison Street - Suite 3800 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(312) 876-1800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐