IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 1 0 2008  NF
Mar 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SHIRE LABORATORIES INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08-cv-1367 |
| ) | Judge: Ruben Castillo |
| COREPHARMA LLC, ) | |
| ) | (Related Case No. 06-CV-2266) |
| Defendant. ) | (SRC) (MAS) D.N.J.) |

### PLAINTIFF SHIRE'S MOTION FOR LEAVE TO FILE MOTION TO COMPEL UNDER SEAL

Plaintiff, SHIRE LABORATORIES, INC. ("Shire") respectfully moves this Court, pursuant to Local Rule 5.8, for an Order for Leave to File the previously filed "Plaintiff Shire's Motion To Compel The Production Of Documents And Discovery From PharmPro and Don Verbarg" ("Motion Compel") under seal.

The Motion to Compel, filed under seal on March 7, 2008, was brought under Federal Rules of Civil Procedure 37 and 45 to compel production of documents and discovery from third parties PharmPro Services Division of Fluid Air Inc. ("PharmPro") and its employee, Mr. Don Verbarg. The related case is pending in the District Court of New Jersey (Case No. 06-CV-2266). A Stipulated Discovery Confidentiality Order was entered by the District Court of New Jersey on May 31, 2007 (Ex. 18, Motion to Compel). Certain information in the Motion to Compel was previously designated by Defendant Corepharma LLC as confidential under that Confidentiality Order, necessitating the filing of the Motion to Compel under seal.

For the above stated reasons, Plaintiff Shire respectfully moves this Court for an order permitting the previously filed Motion to Compel to be filed under seal.

Date: March 7, 2008                    Respectfully submitted,

*[signature: Dean A. Monco]*

Dean A. Monco, Esq.
WOOD PHILLIPS KATZ
  CLARK & MORTIMER
500 West Madison Street - Suite 3800
Chicago, Illinois 60661
(312) 876-1800
(312) 876-2020 (Facsimile)
damonco@woodphillips.com


OF COUNSEL:
Robert E. Colletti
FROMMER, LAWRENCE & HAUG, L.L.P.
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
(212) 588-0500 (facsimile)

Attorneys for Movant, Shire Laboratories, Inc.