IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SHIRE LABORATORIES INC., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08-cv-1367 |
| ) | Judge: Ruben Castillo |
| COREPHARMA LLC, ) | |
| ) | (Related Case No. 06-CV-2266) |
| Defendant. ) | (SRC) (MAS) D.N.J.) |

## NOTICE OF MOTION

To:    George Bullwinkel, Bullwinkel Partners, Ltd., 19 South LaSalle Street, Suite 1300, Chicago, Illinois 60603;

William Alper, Cohen Pontani Lieberman & Pavane LLP, 551 Fifth Avenue, New York, NY 10176

Please take note that on Wednesday, March 19, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Castilllo or any judge sitting in his stead, in Courtroom 2319 in the United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and present the attached "PLAINTIFF SHIRE'S MOTION FOR LEAVE TO FILE MOTION TO COMPEL UNDER SEAL".

Date: March 7, 2008

Respectfully submitted,

_____
Dean A. Monco, Esq.
WOOD PHILLIPS KATZ
 CLARK & MORTIMER
500 West Madison Street - Suite 3800
Chicago, Illinois 60661
(312) 876-1800
(312) 876-2020 (Facsimile)
damonco@woodphillips.com

OF COUNSEL:
Robert E. Colletti
FROMMER, LAWRENCE & HAUG, L.L.P.
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
(212) 588-0500 (facsimile)

Attorneys for Movant, Shire Laboratories, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing documents entitled

**NOTICE OF MOTION**

and

**PLAINTIFF SHIRE'S MOTION FOR LEAVE TO FILE MOTION TO COMPEL UNDER SEAL**

were served on this 7th day of March, 2008 by hand delivery by messenger to:

> George Bullwinkel
> Bullwinkel Partners, Ltd.
> 19 South LaSalle Street
> Suite 1300
> Chicago, Illinois 60603

and by Federal Express, Monday morning delivery to:

> William Alper
> Cohen Pontani Lieberman & Pavane LLP
> 551 Fifth Avenue
> New York, NY 10176

_____
Dean A. Monco

WOOD PHILLIPS KATZ
 CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, Illinois 60661
(312) 876-1800
(312) 876-2020 (Facsimile)
damonco@woodphillips.com