IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRE LABORATORIES INC., )<br>    Plaintiff, )<br>v. )<br>)<br>COREPHARMA LLC, )<br>)<br>    Defendant. ) | Case No. 08-cv-1367<br>Judge: Ruben Castillo<br><br>(Related Case No. 06-CV-2266<br>(SRC) (MAS) D.N.J.) |

## NOTICE OF MOTION

To: George Bullwinkel, Bullwinkel Partners, Ltd., 19 South LaSalle Street, Suite 1300, Chicago, Illinois 60603;

William Alper, Cohen Pontani Lieberman & Pavane LLP, 551 Fifth Avenue, New York, NY 10176

Please take note that on Wednesday, March 19, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Castillo or any judge sitting in his stead, in Courtroom 2319 in the United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and present the attached "PLAINTIFF SHIRE'S MOTION FOR LEAVE TO ENTER THE APPEARANCE PRO HAC VICE OF ROBERT E. COLLETTI".

Date: March 14, 2008

Respectfully submitted,

/s/ Dean A. Monco
Dean A. Monco, Esq.
WOOD PHILLIPS KATZ
  CLARK & MORTIMER
500 West Madison Street - Suite 3800
Chicago, Illinois 60661
(312) 876-1800
(312) 876-2020 (Facsimile)
damonco@woodphillips.com

*Attorneys for Plaintiff/Movant, Shire Laboratories, Inc.*

OF COUNSEL:
Robert E. Colletti
FROMMER, LAWRENCE & HAUG, L.L.P.
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
(212) 588-0500 (facsimile)

*Attorneys for Plaintiff/Movant, Shire Laboratories, Inc.*