## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing documents entitled

**NOTICE OF MOTION**

and

**PLAINTIFF SHIRE'S MOTION FOR LEAVE TO ENTER THE APPEARANCE PRO HAC VICE OF ROBERT E. COLLETTI**

were served on this 14th day of March, 2008 by hand delivery by messenger to:

George Bullwinkel
Bullwinkel Partners, Ltd.
19 South LaSalle Street
Suite 1300
Chicago, Illinois 60603

and by Federal Express, Monday morning delivery to:

William Alper
Cohen Pontani Lieberman & Pavane LLP
551 Fifth Avenue
New York, NY 10176

/s/ Dean A. Monco
Dean A. Monco

WOOD PHILLIPS KATZ
 CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, Illinois 60661
(312) 876-1800
(312) 876-2020 (Facsimile)
damonco@woodphillips.com

1