# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Shire Laboratories Inc.

                Plaintiff,

v.

                                          Case No.: 1:08–cv–01367

                                          Honorable Ruben Castillo

Corepharma LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Motion hearing held on 3/19/2008. Plaintiff Shire's motion for leave to file its motion to compel under seal [6] is granted. Plaintiff Shire's motion for leave to enter the appearance pro hac vice of Robert E. Colletti [8] is granted. Any response to Plaintiff Shire's motion to compel [1] is due on or before 3/26/2008. Plaintiff's reply will be due on or before 4/2/2008. The Court will rule on 4/8/2008 at 9:45 AM. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.