**EXHIBIT A**

Eric I. Abraham
HILL WALLACK, LLP
202 Carnegie Center
CN 5226
Princeton, NJ 08543
(609) 924-0808
eia@HillWallack.com

RECEIVED

DEC 2 7 2007

AT 8:30
WILLIAM T. WALSH, CLERK

William A. Alper
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue
New York, New York 10176
(212) 687-2770
Fax: (212) 972-5487
walper@cplplaw.com

Attorneys for Defendant Corepharma LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

```
--------------------------------------------- x
SHIRE LABORATORIES INC.,                       :
                                               :   Civil Action No. 06-cv-02266 SRC MS
                            Plaintiff,         :
                                               :       THIRD AMENDED PRETRIAL
                                               :         SCHEDULING ORDER
                v.                             :
                                               :
COREPHARMA LLC,                                :
                                               :
                            Defendant.         :
--------------------------------------------- x
```

THIS MATTER having been brought before the Court by Cohen Pontani Lieberman &

Pavane (William A. Alper, Esq., appearing) and Hill Wallack LLP, attorneys for Defendant, by

way of a letter dated December 18, 2007, regarding the joint request of Plaintiff and Defendant

for a 30-day extension of the discovery deadlines; in the presence of Saiber, Schlesinger, Satz &

Goldstein, LLC (Arnold B. Calmann, Esq., appearing), attorneys for Plaintiff, and the Court

having read and considered the joint request of the parties, and for good cause shown:

IT IS on this _27th_ day of _December_, 2007

ORDERED that:

The request to extend the discovery deadlines for 30 days is granted as set forth herein.

1.    Fact discovery is to remain open through January 31, 2008;

2.    All affirmative expert reports shall be delivered by February 21, 2008;

3.    All responding expert reports shall be delivered by April 3, 2008;

4.    Reply expert reports on the issue of secondary considerations shall be delivered by April 17, 2008;

5.    Expert depositions shall be completed no later than May 2, 2008;

6.    All dispositive motions shall be filed and served not later than April 4, 2008;

7.    Any responses shall be filed and served not later than April 25, 2008;

8.    The return date for any such motions shall be May 12, 2008;

9.    The joint proposed pretrial order shall be delivered to Chambers no later than May 22, 2009; and

10.   The final pretrial conference shall be held on June 9, 2008.

Hon. Michael Shipp, U.S.M.J.