**EXHIBIT C**



215 Wood Ave., Middlesex, NJ 08846
(732) 868-1090    Fax: (732) 868-1091
Web: http://www.corepharma.com

April 25, 2006

Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Attn: Edgar Haug

Re: Notice of Patent Certification – U.S. Patent Nos. 5,326,570 and 5,912,013; ANDA No. 78-159 for Carbamazepine Extended Release Capsules

Dear Ed:

This letter is in response to your letter dated April 14, 2006, requesting additional information related to the above-described matter. I have attached a signed copy of your letter in which you agree to keep all materials produced by Corepharma as Confidential. In addition, I have included samples of each of the Corepharma Products, and a CD which contains the following sections from Corpharma's ANDA No. 78-159:

1. Section 4:    Comparison between Generic Drug and Reference Listed Drug

2. Section 5:    Labeling

3. Section 6:    Bioavailability/Bioequivalence

4. Section 7:    Components and Composition

5. Section 8:    Raw Materials: Active and Inactive Ingredients

6. Section 11:   Manufacturing and Processing Instructions

7. Section 12:   In-Process Controls

8. Section 14:   Controls for the Finished Dosage Form

9. Section 15:   Analytical Methods for Drug Substance and Drug Product

10. Table 5:     Formulation Data from Section 6 of Corepharma's ANDA.

CONFIDENTIAL - Subject to Protective Order

CP00020739





*REDACTED*

CONFIDENTIAL - Subject to Protective Order





*REDACTED*

CONFIDENTIAL - Subject to Protective Order



**CorePharma LLC**

*REDACTED*

*REDACTED*

I am confident that the above information is more than enough to allow you to conduct a thorough analysis of the Corepharma Products, and to dissuade you from pursuing baseless litigation. Please be advised that the Federal Circuit clearly stated in Loctite v. Ultraseal, 781 F. 2nd 861 (1985) that it is an antitrust violation to assert a patent known not to be infringed.

Very truly yours,

Gregory P. Young
CEO

CONFIDENTIAL - Subject to Protective Order

CP00020742