UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Shire Laboratories Inc.
                      Plaintiff,

v.                                          Case No.: 1:08–cv–01367
                                                      Honorable Ruben Castillo

Corepharma LLC
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Motion hearing held on 4/8/2008. After careful review of all the relevant pleadings and for all the reasons stated in open court, the Court overrules all objections to plaintiff's motion to compel [1] which is fully granted based on plaintiff's representation that new subpoenas will issue that require the production of documents and the deposition of Mr. Verbarg to occur in Chicago on or before 4/29/2008. The Court expressly concludes that the documents and testimony sought may lead to admissible evidence in the pending New Jersey litigation. Judgment is entered in favor of plaintiff. The Court will retain jurisdiction to enforce this judgment. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.